The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>        v.<br><br>RANDOLPH GEORGE DUEY,<br><br>                              Defendant. | NO.  2:85-cr-00001-RAJ<br><br>ORDER ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A) AND FORMER FEDERAL RULE OF CRIMINAL PROCEDURE 35(b) |

This matter comes before the Court on Defendant Randolph George Duey's Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A) and Former Federal Rule of Criminal Procedure 35(b).  Dkt. 13.  Having thoroughly considered the parties' briefing and the relevant record, the Court finds oral argument unnecessary and hereby **DENIES** the motion.

Mr. Duey has filed a *pro se* motion asking this Court to reduce his sentence citing, as authority, 18 U.S.C. § 3582(c)(1)(A) and former Federal Rule of Criminal Procedure 35(b).   The Court agrees with the government's analysis that this statutory provision does not apply to Mr. Duey as he was charged, convicted, and sentenced prior to November 1, 1987, the effective date of the Sentencing Reform Act of 1984.  Instead, the statute that is applicable to his case is 18 U.S.C. § 4205(g), which remains pertinent to those inmates whose crimes were committed prior to November 1, 1987.  By its terms, Section 4205(g) only permits a reduction in a defendant's sentence upon a motion by the

ORDER - 1

Bureau of Prisons.  This statute was not amended by the First Step Act, and therefore does not permit this Court to consider a motion filed by a defendant.  Because the Director of the Bureau of Prisons has not filed such a motion on Mr. Duey's behalf, this Court has no jurisdiction to reduce Mr. Duey's sentence.

Additionally, the Court agrees with the government's analysis that Mr. Duey's motion is time-barred under former Federal Rule of Criminal Procedure 35(b), in existence at the time of Mr. Duey's sentence, because he did not bring the motion within 120 days of the latest triggering event specified in the rule.

For the reasons set forth above, Mr. Duey's Motion for Reduction in Sentence is **DENIED**.

DATED this 13th day of May, 2026.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 2